FORD MOTOR COMPANY, Appellant, v. PITTSBURGH STEAMSHIP COMPANY, Appellee.

No. 10887.

United States Court of Appeals
Sixth Circuit.

Oct. 13, 1948.

Foster, Lott & Lutz, of Detroit, Mich., and Johnson, Branand & Jaeger, of Cleveland, Ohio, for appellant.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellee.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

Per Curiam.

This appeal was heard upon the record, briefs and oral arguments of respective counsel; and it appearing to the Court that the findings of fact of the District Court are supported by substantial evidence and are not clearly against the preponderance of the evidence; and that the Court's conclusions of law are not erroneous; it is ordered that the decree of the District Court be and is affirmed.

Hughes R. HILLIARD, Appellant, v. Thomas J. GOUGH, Acting Warden, United States Penitentiary, Atlanta, Ga., Appellee.

No. 12437.

United States Court of Appeals
Fifth Circuit.

Oct. 30, 1948.

Hughes R. Hilliard, of Atlanta, Ga., in pro. per., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

His petition for habeas corpus having, after hearing, been denied, appellant is here seeking a reversal of the judgment. A careful examination of the record shows that appellant was afforded a full and fair hearing in the court below, that no new or unsettled question requiring discussion is presented for our review, and that no error requiring reversal attended the proceedings. The judgment is accordingly affirmed.